STATE of Missouri,
Plaintiff/Respondent,

v.

Ollie WILLIAMS, Defendant/Appellant.

Ollie WILLIAMS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 59234, 60663.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 16, 1992.

Emily M. Blood, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

ORDER

PER CURIAM.

In this jury-tried case, defendant was convicted of burglary in the first degree. The court sentenced him, as a prior, persistent, and class X offender, to 30 years.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).